**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | |
|---|---|
| Johnny R. Hayes, | C/A No. _____ |
| Plaintiff, | (Removed from the Colleton County Court of Common Pleas, Eleventh Judicial Circuit Case No. **2020CP1500675**) |
| v. | |
| Hyundai Motor America, Inc. | **DEFENDANT HYUNDAI MOTOR AMERICA, INC.'S INDEX OF EXHIBITS TO NOTICE OF REMOVAL** |
| Defendant. | |

TO:   The United States District Court
      For the District of South Carolina, Charleston Division

**EXHIBIT A – Summons and Complaint**

Respectfully submitted,

**BOWMAN AND BROOKE LLP**

By: _s/ Joel Smith_____
Joel H. Smith
Joel.Smith@bowmanandbrooke.com
Morgan Y. Drapeau
Morgan.Drapeau@bowmanandbrooke.com
1441 Main Street, Suite 1200
Columbia, South Carolina 29201
T: (803) 726-7420
F: (803) 726-7421

**Attorneys for Defendant**
**Hyundai Motor America, Inc.**

December 29, 2020
Columbia, South Carolina

# EXHIBIT A

 CT Corporation

**Service of Process Transmittal**
12/01/2020
CT Log Number 538674087

TO:    Linda L. Eastman, MANAGER, PRODUCT LITIGATION
Hyundai Motor America
10550 Talbert Ave
Fountain Valley, CA 92708-6032

RE:    **Process Served in South Carolina**

FOR:    HYUNDAI MOTOR AMERICA, INC.  (Assumed Name)  (Domestic State: CA)
HYUNDAI MOTOR AMERICA (True Name)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Johnny R. Hayes, Pltf. vs. Hyundai Motor America, Inc., Dft. |
| **DOCUMENT(S) SERVED:** | - |
| **COURT/AGENCY:** | None Specified<br>Case # 2020CP1500675 |
| **NATURE OF ACTION:** | Product Liability Litigation - Manufacturing Defect - - |
| **ON WHOM PROCESS WAS SERVED:** | National Registered Agents, Inc., Columbia, SC |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 12/01/2020 postmarked on 11/24/2020 |
| **JURISDICTION SERVED :** | South Carolina |
| **APPEARANCE OR ANSWER DUE:** | - |
| **ATTORNEY(S) / SENDER(S):** | None Specified |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 12/01/2020, Expected Purge Date: 12/06/2020 |
| | Image SOP |
| | Email Notification,  Theresa San Roman  TSANROMAN@HMAUSA.COM |
| | Email Notification,  Linda L. Eastman  LEASTMAN@HMAUSA.COM |
| **SIGNED:** | National Registered Agents, Inc. |
| **ADDRESS:** | 1209 N Orange St<br>Wilmington, DE 19801-1120 |
| **For Questions:** | 866-401-8252<br>EastTeam2@wolterskluwer.com |

Page 1 of  1 / FA

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.



UNITED STATES
POSTAL SERVICE®    CERTIFIED MAIL®

LAW OFFICES
PETERS, MURDAUGH, PARKER, ELTZROTH & DE
PROFESSIONAL ASSOCIATION
POST OFFICE BOX 457
HAMPTON, SOUTH CAROLINA 29924

9489 0090 0027 6091 7768 51

Label 890-PB, Oct. 2015
Pitney Bowes

U.S. POSTAGE ≫ PITNEY BOWES

ZIP 29924
02 4W
0000360774

$ 005.90°
NOV. 24. 2020

National Registered Agents, Inc.
2 Office Park Ct, Suite 103
Columbia, SC 29223

29223S948 C008

LAW OFFICES

# PETERS, MURDAUGH, PARKER, ELTZROTH & DETRICK

PROFESSIONAL ASSOCIATION

OVER 100 YEARS OF LEGAL SERVICE. EST. 1910

JOHN E. PARKER
DANIEL E. HENDERSON
MARK D. BALL
RANDOLPH MURDAUGH, IV
RONNIE L. CROSBY
R. ALEXANDER MURDAUGH
BERT G. UTSEY, III
RANDOLPH MURDAUGH, III
GRAHAME E. HOLMES
LEE D. COPE
LEAGUE B. CREECH
STEVEN D. MURDAUGH
WILLIAM F. BARNES, III
AUSTIN H. CROSBY
NEIL E. ALGER
JOHN E. PARKER, JR.
CHELCI S. AVANT

RANDOLPH MURDAUGH, SR.
(1887-1940)
RANDOLPH MURDAUGH, JR.
(1915-1998)
J. ROBERT PETERS, JR.
(1927-2008)
J. PAUL DETRICK
(1948-2016)
CLYDE A. ELTZROTH, JR. - RET.

November 24, 2020

**VIA CERTIFIED MAIL RECEIPT NUMBER: 9489 0090 0027 6091 7768 51**

National Registered Agents, Inc.
2 Office Park Ct, Suite 103
Columbia, SC 29223

Re:  ***Johnny R. Hayes v. Hyundai Motor America, Inc.***
***Civil Action No.: 2020-CP-15-00675***

Dear Registered Agent:

Enclosed please find a copy of the Summons and Complaint in the above captioned matter for service upon you as the registered agent for Hyundai Motor America, Inc.

With kind regards, I am

Sincerely,

***s/R. Alexander Murdaugh***

R. Alexander Murdaugh

RAM/abg
Enclosures

MAILING: P.O. BOX 457, HAMPTON, SOUTH CAROLINA 29924-0457
TELEPHONE (803) 943-2111 • TOLL FREE (866) 943-2113 • FACSIMILE (803) 943-3943 • WEBSITE www.pmped.com

ELECTRONICALLY FILED - 2020 Nov 17 5:19 PM - COLLETON - COMMON PLEAS - CASE#2020CP1500675

STATE OF SOUTH CAROLINA    )    IN THE COURT OF COMMON PLEAS
                  )
COUNTY OF COLLETON        )    CIVIL ACTION NO.:  2020-CP-15-
                  )
JOHNNY R. HAYES,          )
                  )
       Plaintiff,        )
                  )            **SUMMONS**
      v.           )        *(Jury Trial Requested)*
                  )
HYUNDAI MOTOR AMERICA, INC.,  )
                  )
       Defendant.     )

**TO THE DEFENDANT ABOVE-NAMED:**

**YOU ARE HEREBY SUMMONED** and required to answer the complaint herein, a copy of which is herewith served upon you, and to serve a copy of your answer to this complaint upon the subscriber, at P.O. Box 457, Hampton, SC 29924, within thirty (30) days after service hereof, exclusive of the day of such service, and if you fail to answer the complaint, judgment by default will be rendered against you for the relief demanded in the complaint.

PETERS, MURDAUGH, PARKER, ELTZROTH
& DETRICK, P.A.


BY: **s/ R. Alexander Murdaugh**
R. Alexander Murdaugh, Esquire
Bar # 6996
Austin H. Crosby
Bar # 80161
P.O. Box 457
Hampton, SC  29924

(803) 943-2111

November 17, 2020                  ATTORNEYS FOR PLAINTIFF
Hampton, South Carolina

ELECTRONICALLY FILED - 2020 Nov 17 5:19 PM - COLLETON - COMMON PLEAS - CASE#2020CP1500675

| | |
|---|---|
| STATE OF SOUTH CAROLINA ) | IN THE COURT OF COMMON PLEAS |
| ) | |
| COUNTY OF COLLETON ) | CIVIL ACTION NO.: 2020-CP-15- |
| ) | |
| JOHNNY R. HAYES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **COMPLAINT** |
| v. ) | *(Jury Trial Requested)* |
| ) | |
| HYUNDAI MOTOR AMERICA, INC., ) | |
| ) | |
| Defendant. ) | |

The Plaintiff alleges:

1.      That Plaintiff, Johnny R. Hayes, is a resident of Colleton County, South Carolina.

2.      That Defendant, Hyundai Motor America, Inc. (hereinafter "Hyundai") is a foreign corporation organized and existing pursuant to the laws of California with an agent in South Carolina and is subject to jurisdiction in this state pursuant to §36-2-802 and §36-2-803, South Carolina Code (1976) and is in the business of developing, producing and selling automobiles throughout the United States. Defendant, Hyundai, distributes its automobiles for use in South Carolina in a systematic and continuous manner via a dealership network and actively markets its automobiles for sale in the state South Carolina.

3.      That Defendant, Hyundai, owed a duty of due care to the Plaintiff to manufacture, import and/or distribute the subject vehicle in a condition that was safe for use by the Plaintiff.

4.      That Defendant, Hyundai, did manufacture, import and/or distribute into the stream of commerce the subject vehicle, the 2013 Hyundai Elantra, VIN number 5NPDH4AE0DH264887.

5.      That on November 19, 2017, Plaintiff was operating the subject vehicle in a northerly direction on SC Highway 63/Sniders Highway in Colleton County, South Carolina; that as the Plaintiff was so traveling, he attempted to pass a slowed vehicle when he lost control of his vehicle causing his vehicle to rollover, striking and coming to rest at a utility pole.

6.    That the impact was of sufficient force to deploy the airbags in the subject vehicle.

7.    The Plaintiff's airbags failed to deploy.

8.    As a result of the airbag failure to deploy, Plaintiff received serious injuries that would not have otherwise occurred had the airbag properly deployed.

### FOR A FIRST CAUSE OF ACTION
**(Negligence)**

9.    That Hyundai breached duties of due care in their conduct as set forth herein.

10.   That Plaintiff's injuries were due and proximately caused by the negligence and recklessness of the Defendant as follows:

a.    In manufacturing and selling the subject vehicle, with a defective airbag;

b.    In failing to properly monitor the quality of the airbag components provided by the supplier of the airbag;

c.    In failing to properly test and/or design the airbags in the subject vehicle;

d.    In failing to warn of the defective airbags;

e.    In failing to use due care in the manufacture of the supplemental airbags in the 2013 Hyundai car to ensure it was free of defects;

f.    In failing to timely issue its recall regarding the defective airbags; and

g.    In failing to act in a reasonable and prudent manner.

### FOR A SECOND CAUSE OF ACTION
**(Strict Liability)**

11.   Each and every allegation contained in this Complaint which is not inconsistent with this cause of action is hereby incorporated by reference as if repeated verbatim herein.

12.   That the subject vehicle, including its airbags, was defective and unreasonably dangerous to the Plaintiff and similarly situated consumers in the condition in which it was released for sale to the public.

SCCA 401 (5/02)                                    2

ELECTRONICALLY FILED - 2020 Nov 17 5:19 PM - COLLETON - COMMON PLEAS - CASE#2020CP1500675

ELECTRONICALLY FILED - 2020 Nov 17 5:19 PM - COLLETON - COMMON PLEAS - CASE#2020CP1500675

13.    That the subject vehicle, including its airbags, had not been altered and was being used in a reasonably foreseeable manner at the time of the events alleged in this Complaint.

14.    Defendant sold the subject vehicle, including the airbags, in an unreasonably dangerous and defective condition and as a result Defendants are strictly liable pursuant to S. C. Code §15-73-10, to Plaintiff for all damages proximately caused by the airbags failure to deploy.

## FOR A THIRD CAUSE OF ACTION
### (Breach of Warranty)

15.    Each and every allegation contained in this Complaint which is not inconsistent with this cause of action is hereby incorporated by reference as if repeated verbatim herein.

16.    That the Defendant breached implied and express warranties in designing, manufacturing and selling the subject vehicle, including the airbags, in the defective and unreasonably dangerous condition rendering the vehicle unfit for its intended purpose.

17.    The breach of warranties in the design, manufacture and sale of the subject vehicle in a defective condition/manner was the proximate cause of the serious, severe, and permanent injuries sustained by the Plaintiff.

WHEREFORE, Plaintiff prays for judgment against the Defendants for actual damages, together with punitive damages in an appropriate amount, for the costs of this action, and for such other and further relief as the Court may deem just and proper not to exceed seventy-five thousand ($75,000.00) dollars.

PETERS, MURDAUGH, PARKER, ELTZROTH
& DETRICK, P.A.


BY: **s/ R. Alexander Murdaugh**
R. Alexander Murdaugh, Esquire
Bar # 6996
Austin H. Crosby

SCCA 401 (5/02)                                3

ELECTRONICALLY FILED - 2020 Nov 17 5:19 PM - COLLETON - COMMON PLEAS - CASE#2020CP1500675

Bar # 80161
P.O. Box 457
Hampton, SC  29924

(803) 943-2111

November 17, 2020
Hampton, South Carolina

ATTORNEYS FOR PLAINTIFF

SCCA 401 (5/02)                                 4

ELECTRONICALLY FILED - 2020 Nov 17 5:19 PM - COLLETON - COMMON PLEAS - CASE#2020CP1500675

| | | |
|---|---|---|
| STATE OF SOUTH CAROLINA | ) | IN THE COURT OF COMMON PLEAS |
| | ) | |
| COUNTY OF COLLETON | ) | CIVIL ACTION NO.: 2020-CP-15- |
| | ) | |
| JOHNNY R. HAYES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **SUMMONS** |
| v. | ) | *(Jury Trial Requested)* |
| | ) | |
| HYUNDAI MOTOR AMERICA, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**TO THE DEFENDANT ABOVE-NAMED:**

**YOU ARE HEREBY SUMMONED** and required to answer the complaint herein, a copy of which is herewith served upon you, and to serve a copy of your answer to this complaint upon the subscriber, at P.O. Box 457, Hampton, SC 29924, within thirty (30) days after service hereof, exclusive of the day of such service, and if you fail to answer the complaint, judgment by default will be rendered against you for the relief demanded in the complaint.


PETERS, MURDAUGH, PARKER, ELTZROTH
& DETRICK, P.A.


BY: **s/ R. Alexander Murdaugh**
R. Alexander Murdaugh, Esquire
Bar # 6996
Austin H. Crosby
Bar # 80161
P.O. Box 457
Hampton, SC 29924

(803) 943-2111

November 17, 2020
Hampton, South Carolina

ATTORNEYS FOR PLAINTIFF

ELECTRONICALLY FILED - 2020 Nov 17 5:19 PM - COLLETON - COMMON PLEAS - CASE#2020CP1500675

| | |
|---|---|
| STATE OF SOUTH CAROLINA | IN THE COURT OF COMMON PLEAS |
| COUNTY OF COLLETON | CIVIL ACTION NO.: 2020-CP-15- |
| JOHNNY R. HAYES, | |
| Plaintiff, | |
| v. | **COMPLAINT** <br> *(Jury Trial Requested)* |
| HYUNDAI MOTOR AMERICA, INC., | |
| Defendant. | |

The Plaintiff alleges:

1.  That Plaintiff, Johnny R. Hayes, is a resident of Colleton County, South Carolina.

2.  That Defendant, Hyundai Motor America, Inc. (hereinafter "Hyundai") is a foreign corporation organized and existing pursuant to the laws of California with an agent in South Carolina and is subject to jurisdiction in this state pursuant to §36-2-802 and §36-2-803, South Carolina Code (1976) and is in the business of developing, producing and selling automobiles throughout the United States. Defendant, Hyundai, distributes its automobiles for use in South Carolina in a systematic and continuous manner via a dealership network and actively markets its automobiles for sale in the state South Carolina.

3.  That Defendant, Hyundai, owed a duty of due care to the Plaintiff to manufacture, import and/or distribute the subject vehicle in a condition that was safe for use by the Plaintiff.

4.  That Defendant, Hyundai, did manufacture, import and/or distribute into the stream of commerce the subject vehicle, the 2013 Hyundai Elantra, VIN number 5NPDH4AE0DH264887.

5.  That on November 19, 2017, Plaintiff was operating the subject vehicle in a northerly direction on SC Highway 63/Sniders Highway in Colleton County, South Carolina; that as the Plaintiff was so traveling, he attempted to pass a slowed vehicle when he lost control of his vehicle causing his vehicle to rollover, striking and coming to rest at a utility pole.

6.    That the impact was of sufficient force to deploy the airbags in the subject vehicle.

7.    The Plaintiff's airbags failed to deploy.

8.    As a result of the airbag failure to deploy, Plaintiff received serious injuries that would not have otherwise occurred had the airbag properly deployed.

### FOR A FIRST CAUSE OF ACTION
### (Negligence)

9.    That Hyundai breached duties of due care in their conduct as set forth herein.

10.    That Plaintiff's injuries were due and proximately caused by the negligence and recklessness of the Defendant as follows:

      a.    In manufacturing and selling the subject vehicle, with a defective airbag;

      b.    In failing to properly monitor the quality of the airbag components provided by the supplier of the airbag;

      c.    In failing to properly test and/or design the airbags in the subject vehicle;

      d.    In failing to warn of the defective airbags;

      e.    In failing to use due care in the manufacture of the supplemental airbags in the 2013 Hyundai car to ensure it was free of defects;

      f.    In failing to timely issue its recall regarding the defective airbags; and

      g.    In failing to act in a reasonable and prudent manner.

### FOR A SECOND CAUSE OF ACTION
### (Strict Liability)

11.    Each and every allegation contained in this Complaint which is not inconsistent with this cause of action is hereby incorporated by reference as if repeated verbatim herein.

12.    That the subject vehicle, including its airbags, was defective and unreasonably dangerous to the Plaintiff and similarly situated consumers in the condition in which it was released for sale to the public.

SCCA 401 (5/02)

2

ELECTRONICALLY FILED - 2020 Nov 17 5:19 PM - COLLETON - COMMON PLEAS - CASE#2020CP1500675

ELECTRONICALLY FILED - 2020 Nov 17 5:19 PM - COLLETON - COMMON PLEAS - CASE#2020CP1500675

13.     That the subject vehicle, including its airbags, had not been altered and was being used in a reasonably foreseeable manner at the time of the events alleged in this Complaint.

14.     Defendant sold the subject vehicle, including the airbags, in an unreasonably dangerous and defective condition and as a result Defendants are strictly liable pursuant to S. C. Code §15-73-10, to Plaintiff for all damages proximately caused by the airbags failure to deploy.

### FOR A THIRD CAUSE OF ACTION
**(Breach of Warranty)**

15.     Each and every allegation contained in this Complaint which is not inconsistent with this cause of action is hereby incorporated by reference as if repeated verbatim herein.

16.     That the Defendant breached implied and express warranties in designing, manufacturing and selling the subject vehicle, including the airbags, in the defective and unreasonably dangerous condition rendering the vehicle unfit for its intended purpose.

17.     The breach of warranties in the design, manufacture and sale of the subject vehicle in a defective condition/manner was the proximate cause of the serious, severe, and permanent injuries sustained by the Plaintiff.

WHEREFORE, Plaintiff prays for judgment against the Defendants for actual damages, together with punitive damages in an appropriate amount, for the costs of this action, and for such other and further relief as the Court may deem just and proper not to exceed seventy-five thousand ($75,000.00) dollars.

PETERS, MURDAUGH, PARKER, ELTZROTH
& DETRICK, P.A.

BY: **s/ R. Alexander Murdaugh**
R. Alexander Murdaugh, Esquire
Bar # 6996
Austin H. Crosby

SCCA 401 (5/02)                                  3

Bar # 80161
P.O. Box 457
Hampton, SC  29924

(803) 943-2111

November 17, 2020
Hampton, South Carolina

ATTORNEYS FOR PLAINTIFF

SCCA 401 (5/02)

4

ELECTRONICALLY FILED - 2020 Nov 17 5:19 PM - COLLETON - COMMON PLEAS - CASE#2020CP1500675